JUNE, 1823.

Thomas
McConnell
v.
James White.

---

### Roberts and Marshall *against* Anderson.

*June,* 1823.

THE writ of Error was directed to the Judge who had presided on the trial, instead of being directed to the Clerk. Mr. *Martin* for the plaintiffs in Error moved to amend the writ in this particular, and cited Act of 1807, (Laws Ala. 454, sect. 36. 2 Stra. 892—902. 1 Bac. Ab. 153, 4. 1 Binney, 366.

Mr. *McKinley* for the defendant in Error did not oppose the motion.

*By the Court.*—Let the amendment be made.

*Writ of Error amended on motion.*